D. PETER HARVEY (SBN 55712)
pharvey@harveysiskind.com
RAFFI V. ZEROUNIAN (SBN 236388)
rzerounian@harveysiskind.com
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Plaintiff
INTEL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTEL CORPORATION, a Delaware corporation,

    Plaintiff,

vs.

INTELLIFE TRAVEL, INC., a California corporation,

    Defendant.

Case No. 08-04382 MEJ

**STIPULATION OF DISMISSAL OF DEFENDANT INTELLIFE TRAVEL, INC.**

ORDER CLOSING FILE

Plaintiff Intel Corporation, Inc. ("Intel") and Intellife Travel, Inc. ("Intellife") hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Intel dismisses all claims against Intellife, and Intellife dismisses all claims against Intel, all rights of appeal having been waived, and the parties bearing their own respective costs and attorneys' fees.

STIPULATED AND AGREED TO BY:

Dated: November 6, 2008

Respectfully submitted,

HARVEY SISKIND LLP

By: _____/s/_____
Raffi V. Zerounian

Attorneys for Plaintiff
INTEL CORPORATION


INTELLIFE TRAVEL, INC.

By: _____
Chenfei Faith Zhang

The Clerk of Court shall close the file.

Dated: November 6, 2008

*IT IS SO ORDERED*
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Faith Zhang
4800 Great American Parkway, Suite 222
Santa Clara, CA 95054

___  **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

_X_  **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

___  **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

___  **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

_X_  **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

___  **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 6, 2008 at San Francisco, California.

_____
Lee D. Martinez